IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL PARKER, #R8324**                                                                **PLAINTIFF**

v.                                                                      CAUSE NO. 1:16-cv-91-LG-RHW

**HUBERT DAVIS, ET AL.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that Plaintiff's claims brought under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i-ii) and will count as a "strike" under 28 U.S.C. § 1915 (g).

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2016.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge